IN THE UNITED STATES Court WESTERN DISTRIC OF VIRGINIA

Barry Wayne Rigney
  Petitioner

Vs

Danville City Farm
Commonwealth of
  Virginia

7:19cv588

## Form 1983 Civil Action

Petitioner Barry Wayne Rigney is filling this Civil Action on Danville City Farm, For A blatten whole villation of Petitioner Constutional Rights under 4th, 5th, 7the Admendments in which All law inforcement personal has Civil duty to up hold the laws set Forth by the House of Representives of the Commonwealth of Virginia Protect the citizens of Commonwealth whenther incarserated or not They are sworn to Protect and serve the people of the Commonweal of Virginia, Petitione will law out Facts to prove misscourage of Protection For Petitioner as well as his Family, by not following the laws set forth by House of Representives of Commonweatih of Virginia by not following policy and precedure of Following Uniform Code For justice, in the rules For Correctional Officers reporting a Crim that is reported to them by a inmate with in there Custudy Poley states when a inmate reports a fear for his life and his Family the head of Corrections has a obligation to report to STATE Athorties

or local police departmen, exspecialey in a location like Danville Virginia, where many gang members are in trial for murder comp criminal actitives. STATEMENT OF Facts in this 1983 Civil Action will show a clear disreguard for Petitioner's Family as well as him sel This will prove beyond a reasonable dalt The Corrections Officers not only violated the Petitioner's constutional rights the civil liber of the Commonwealth of Virginia, Uniform Justice, to protect an serve. Petitioner is asking the Honorable Federal Court After review of Facts set Forth in this 1983 Civil Action to grant him punitiv damages in the amount of one million dollars.

## STATMent OF Facts To Support Federal 1983 Civil Action

I) Petitioner was At Danville City Farm From Jan Incarserate At Danville City Jail on Feb 29 I left Danville City Jain to go o Danville City Farm Michale Travis who I had met one year prior, I began buying Crack with him, from Paul Brown a well known blood who has ties to the bloods who have Been indicted For murder in Federal Court as well many other Charges gang related.

II) Petitioner bought From March 1 Till June 10th when Petitioner decided he was threw And At this Time Petitioner Thought the dept was payed, And it was however Michale Travis Continued to recive Crack From Paul Brown unbeknown to Petitioner, Michale Travis was reciving Addictional Crack in Petitioners name.

(III) Then Paul Brown Approched Petitioner, And told Petitioner he owed him $300.00 And threatend bodley harm to Petitioner & his Family. Petitioner's mother had been giving money to Paul Brown people own the street, meaning they knew where they lived.

(IIII) Petitioner told his mom over the phone About the threats to Petitioner And his mom trying to get her to just pay the dept, but instead of Paying the dept when she hung up the phone she called the Atthorties At the Danville City told them her son was being threatend And her self over $300.00 crack dept.

(V) They meanning Capt Davis, Capt Totten came to me I explain the situation to them they lock me in ISO for my protection, they neu notfied the Danville City Police department, or State Athrorties About the situation, As Should of been done by Polcy & Preceedures set forth by the Uniform Code of justice for The Commonwealth of Virgin set by the house of representives of the Commonwealth of Virginia.

(VI) Petitioner is now Faced with the Fact him, And his Family may have to relocate because the City of Danville Virginina had Capt's Lt's And officers working for them who would rather cover up the mass durg dealing going on, than protect the inmates of The City Farm, They do not want the police to know the mass amount of Drugs comming in And being destribated in the Danville City Farm

## Concluesion

Therfore this Petitioner prays for the Honorable United States Federal Court to respectifully grant him punitive damages he seeks in his 1983 Civil Actions behind Danville City Farm not Following Policy and procedure of code of jutice set Faith by the house of representives of the great Commonwealth of Virginia governorning The borad of criminal Justice

Notorary

Respectifuly Submitted
Danny Reg___

City/County of Pittsylvania
Commonwealth of Virginia
The foregoing instrument was acknowledged before me
this 26th day of August, 2019
by Shannon Brooks
Notary Public
Reg # 7019016   Com Exp Sept 30, 2021

Shannon Brooks
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7019016
My Commission Expires Sept 30 2021

